**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| BARCLAY, DONALD T | ) | CASE NO. 05-49614-JBS |
| BARCLAY, BETTY C | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

> At:      COURTROOM 682
> UNITED STATES COURTHOUSE
> 219 SOUTH DEARBORN STREET
> CHICAGO, IL 60604

> On: **May 31, 2007**                    Time:  **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $30,221.21 |
| Disbursements | $22.80 |
| Net Cash Available for Distribution | $30,198.41 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN TRUSTEE COMPENSATION | $0.00 | $3,772.12 | $0.00 |
| SPRINGER, BROWN ATTORNEY FOR TRUSTEE | $0.00 | $4,563.00 | $0.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are: NONE

7.      Claims of general unsecured creditors totaling $56,852.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 38.4561%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital One Auto Finance | $7,680.70 | $2,953.70 |
| 000002 | Chase Bank USA, N.A. | $12,147.00 | $4,671.26 |
| 000003 | Chase Bank USA, N.A. | $13,897.00 | $5,344.24 |
| 000004 | Chase Bank USA, N.A. | $34.43 | $13.24 |
| 000005 | Citibank/ CHOICE | $14,563.46 | $5,600.54 |
| 000006 | Citibank/ CHOICE | $8,530.00 | $3,280.31 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| SECURITY DEPOSITS | $910.00 |
| 100% OWNERSHIP OF BARCLAY FINANCIAL SERVICES | $100.00 |
| 2005 MERCURY GRAND MARQUIS (fully secured) | $18,000.00 |

Dated:  **May 8, 2007**                                    For the Court,


By:   **KENNETH S GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604


Trustee:        David R. Brown
Address:        400 South County Farm
                Suite
                Wheaton, IL  60187
Phone No.:      (630) 510-0000

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1           User: amcc7               Page 1 of 1              Date Rcvd: May 08, 2007
Case: 05-49614                 Form ID: pdf002           Total Served: 19
```

The following entities were served by first class mail on May 10, 2007.
```
db        +Donald T Barclay,   5641 Circle Drive,   Oak Lawn, IL 60453-4480
jdb       +Betty C Barclay,   5641 Circle Drive,   Oak Lawn, IL 60453-4480
aty       +Christopher J Hales,   Springer, Brown, Covey, Gaertner & Davis,   400 S County Farm Road,
            Suite 330,   Wheaton, IL 60187-4547
aty       +Geoffrey C Miller,   The Family Law Center,   19630 Governors Highway,   Flossmoor, IL 60422-2078
aty       +Springer Brown Covey Gaertner and Davis,   400 S. County Farm Rd., St. 330,
            Wheaton, Il 60187-4547
tr        +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
            Suite 330,   Wheaton, IL 60187-4547
10115662   AT&T Universal Card,   P.O. Box 44167,   Jacksonville, fl 32231-4167
10115665  +BETTY C. BARCLAY,   5641 Circle Drive,   Oak Lawn, Illinois 60453-4480
10115663   Bank of America VISA,   P.O. Box 1390,   Norfolk, VA 23501-1390
10115667   Capital One Services, Inc.,   ATTN: Bankruptcy Department,   P. O. Box 85167,
            Richmond, VA 23285-5167
10115668   Chase Automotive Finance,   ATTN: Bankruptcy Department,   P.O. Box 9001800,
            Louisville, KY 40290-1800
10917956  +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
            Seattle, WA 98121-2339
10115669   Chase Card Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
10115670   Citi Cards Platinum MasterCard,   P. O. Box 6000,   The Lakes, NV 88901-6414
10975848   Citibank/ CHOICE,   Exception Payment Processing,   P.O. Box 6305,   The Lakes, NV 88901-6305
10115664  +DONALD T. BARCLAY,   5641 Circle Drive,   Oak Lawn, Illinois 60453-4480
10115671  +Geoffrey C. Miller,   19630 Governors Highway,   Flossmoor, IL 60422-2078
```

The following entities were served by electronic transmission on May 09, 2007.
```
cr        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 09 2007 03:45:29
            Capital One Auto Finance Department,   c/o Ascension Capital Group,   P.O. Box 201347,
            Arlington, TX 76006-1347
10115666  +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 09 2007 03:45:29   Capital One Auto Finance,
            c/o Ascension Capital Group,   P O Box 201347,   Arlington TX 76006-1347
                                                                                     TOTAL: 2


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*      +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
            Suite 330,   Wheaton, IL 60187-4547
                                                                                     TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2007**              **Signature:**   *Joseph Speetjens*