IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| BARCLAY, DONALD T | ) | CASE NO. 05-49614-JBS |
| BARCLAY, BETTY C | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |

### ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation                                   $3,772.12

2. Trustee's expenses                                       $0.00

   TOTAL                                                    $3,772.12

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                          $4,563.00
   b. Expenses                                              $0.00

   TOTAL                                                    $4,563.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:

SECURITY DEPOSITS                                           $910.00
100% OWNERSHIP OF BARCLAY FINANCIAL SERVICES                $100.00

2005 MERCURY GRAND MARQUIS $18,000.00

DATED this  5/28  day of  May, 2007 , 2007.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

MAY 3 1 2007

**Prepared by:**

David R. Brown
ARDC #3122323
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL 60187

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Donald Barclay** ) | **CASE NO. 05-49614** |
| **Betty Barclay** ) | |
| ) | **Chapter 7** |
| DEBTOR. ) | |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter coming on Trustee's Attorney's Application for Award of Compensation and reimbursement of Expenses, due notice being given and all things being considered,

IT IS HEREBY ORDERED THAT:

The Firm of Springer, Brown Covey, Gaertner and Davis is hereby awarded fees in the amount of $4,563.00.

Dated: 5/31/07

Hon. Jack B. Scmetterer
United States Bankruptcy Judge

MAY 3 1 2007

Prepared By:
Michael J. Davis (#6197896)
Christopher J. Hales (#6280150)
**Springer, Brown, Covey, Gaertner & Davis LLC**
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000